UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

MICHAEL DAVIS,

    Defendant.

Case No. CR18-131-RAJ

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant is charged with conspiring to distribute controlled substances and other drug related offenses. He has an extensive criminal history including a prior drug convictions. He has failed to make past court appearance on numerous occasions and his performance on past court ordered supervision has been problematic. He has not worked in a stable fashion for years. The government proffered that he has traveled interstate to conduct alleged criminal activity and that even though he was arrested for drug trafficking activities late last year, continued on with

drug distribution activities. The government also proffered that after the codefendants were arrested, defendant attempted to evade apprehension.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge